**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1250**

---

TOMMY E. MARTIN,

Plaintiff - Appellant,

versus

CUMULUS FIBRES, INCORPORATED; BILL NEWELL,
District Manager; LEE OSBORNE, Plant Manager,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Carl Horn, III, Chief
Magistrate Judge.  (CA-00-552-3-H)

---

Submitted:  June 8, 2001          Decided:  June 28, 2001

---

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tommy E. Martin, Appellant Pro Se.  Hubert Ben Humphrey, Jr., Max
Daniel McGinn, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD,
Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tommy E. Martin appeals the magistrate judge's order granting defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See <u>Martin v. Cumulus Fibres, Inc.</u>, No. CA-00-552-3-H (W.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2000).

2